**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1340**
_____

HARALD SCHMIDT,

              Plaintiff - Appellant,

        v.

STEVEN HUNSBERGER; JOHN BURK,

              Defendants – Appellees,

        and

MICHAEL BURKE,

              Defendant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Liam O'Grady, District Judge.  (1:14-cv-01372-LO-MSN; 1:14-cv-01373-LO-MSN)

_____

Submitted:  August 31, 2015        Decided:  September 11, 2015

_____

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Harald Schmidt, Appellant Pro Se.   Jeffrey Notz, COUNTY ATTORNEY'S OFFICE, Prince William, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harald Schmidt appeals the district court's orders consolidating his cases against Officers Steven Hunsberger and John Burk and dismissing his 42 U.S.C. § 1983 (2012) complaints against the officers. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See A/S J. Ludwig Mowinckles Rederi v. Tidewater Constr. Corp., 559 F.2d 928, 933 (4th Cir. 1977) (identifying district court's broad discretion in consolidation issues); United States v. Buckner, 473 F.3d 551, 554-55 (4th Cir. 2007) (discussing apparent authority to consent to search). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED